906

No. 1265. FROMBACH v. GILBERT ASSOCIATES, INC. Sup. Ct. Del. Certiorari denied. *Abraham E. Freedman, Milton M. Borowsky,* and *Martin J. Vigderman* for petitioner. *Frederick Bernays Wiener* for respondent. .

No. 1288. AMERICAN OIL Co. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Karl H. Mueller* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent. .

No. 1235. STURMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *David Ralph Hertz* and *Eugene Gressman* for petitioner. *Solicitor General Griswold* for the United States.

No. 914, Misc. ALLISON v. IOWA. Sup. Ct. Iowa. Certiorari denied. *Richard C. Turner,* Attorney General of Iowa, and *James C. Sell,* Assistant Attorney General, for respondent. .

No. 1009, Misc. CONWAY v. PROCUNIER, CORRECTIONS DIRECTOR. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Edward A. Hinz, Jr.,* Deputy Attorneys General, for respondent.

No. 1025, Misc. BRYANS v. BLACKWELL, WARDEN. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1329, Misc. JONES v. PROCUNIER, CORRECTIONS DIRECTOR, ET AL. Sup. Ct. Cal. Certiorari denied.